```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY

------------------------------X
ELIZABETH J. MELOSKI, etc.,

        Plaintiff,           Civil Action No. 11-0013WJM

v.
                                    ORDER OF DISMISSAL
AMSHER COLLECTION SERVICES,
et als,

        Defendants,
------------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 25th day of July 2011

ORDERED that this matter be and is hereby dismissed without costs and with prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

s/William J. Martini

_____

WILLIAM J. MARTINI, U.S.D.J.